**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

August 5, 2009

Clerk, U.S. Bankruptcy Court

RE: James W. & Maryann B. Wright
　　　Bankruptcy Case No.  5-07-51856
　　　Unclaimed Funds For: Atty.Stock
　　　　　　　　　　　　For: Harvest Credit Mgmt
　　　　　　　　　　　　804 West Avenue
　　　　　　　　　　　　Jenkintown PA 18603

Dear Clerk:

　　Enclosed herewith please find check No.748744 for $7,284.25 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

　　Should you have any questions or concerns regarding this matter, please feel free to contact our office.

　　　　　　　　　　Very truly yours,

　　　　　　　　　　*Carol A. Kreider*

　　　　　　　　　　Carol A. Kreider
　　　　　　　　　　Funds Manager

FILED
HARRISBURG
2009 AUG -7 AM 7:31
CLERK U.S. BANKRUPTCY COURT