Pugliese, Finnegan, Shaffer & Ferentino LLC
Charles A. Shaffer, Esquire / Id No. 01825
575 Pierce Street - Suite 500
Kingston, PA 18704
570-283-1800 (Phone)
570-283-1840 (Fax)
shaffer@pfslawyer.com                                      Attorneys for Debtors

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :
                                    :    CASE NO. 07-51856
JAMES W. WRIGHT                     :
MARYANN B. WRIGHT                   :
                                    :    CHAPTER 13
        DEBTORS                     :

### PETITION FOR UNCLAIMED FUNDS

The Petition of James W. Wright and Maryann B. Wright, the Debtors above named, respectfully represents that Charles J. DeHart, III, the Standing Chapter 13 Trustee, remitted a check in the amount of $7,284.25 to the Clerk of the United States Bankruptcy Court for the Middle District of Pennsylvania on August 5, 2009 representing unclaimed funds for a creditor in the above-captioned bankruptcy matter.

**WHEREFORE**, the Debtors pray this Honorable Court to enter an Order directing the Clerk of the United States Bankruptcy Court for the Middle District of Pennsylvania to refund to them the amount of $7,284.25 which represents unclaimed funds from their Chapter 13 Bankruptcy.

PUGLIESE, FINNEGAN, SHAFFER & FERENTINO LLC

BY: _____
CHARLES A. SHAFFER, ESQUIRE
ID. NO. 01825
Counsel for Debtors

Date: 5/18/12