IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : CASE NO. 07-51856 |
| JAMES W. WRIGHT | : |
| MARYANN B. WRIGHT | : |
| | : CHAPTER 13 |
| DEBTORS | : |

**ORDER**

Upon consideration of the Petition of James W. Wright and Maryann B. Wright, Debtors, and after notice and hearing the Petition for Unclaimed Funds is Denied.

Dated: June 14, 2012

By the Court,

Robert N. Opel, II, Bankruptcy Judge
(JAT)